UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA          )   Case No. 11CR3205-JLS
                                  )
                   Plaintiff,     )   **ORDER AND JUDGMENT OF DISMISSAL**
                                  )   **OF INDICTMENT**
          v.                      )
                                  )
MARCO INZUNZA-LOPEZ (1),          )
                                  )
                   Defendant.     )
_____   )

     Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

     IT IS HEREBY ORDERED that the Indictment in Case No. 11CR3205-JLS against defendant MARCO INZUNZA-LOPEZ be dismissed without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a).

     IT IS SO ORDERED.

DATED:  February 6, 2012

                              _Janis L. Sammartino_____
                              Honorable Janis L. Sammartino
                              United States District Judge